IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE, WESTERN DIVISION

FILED BY ___ D.C.
05 MAY -2 AM 9:32

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W/D OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff, | )<br>)<br>) |
| vs. | )    Cr. No.05-20071-D |
| TONY WILLIAMS,<br>    Defendant. | )<br>)<br>) |

### ORDER ON MOTION TO ALLOW SUBSTITUTION OF COUNSEL

This cause came on to be heard upon motion to allow William D. Massey and Lorna S. McClusky substitute for Mr. Bruce Griffey as counsel for Tony Williams. For good cause shown the motion is **GRANTED.** Mr. Bruce Griffey is relieved of obligation in the representation of Mr. Tony Williams and Mr. Massey and Ms. McClusky, of The Law Office of Massey McClusky, are allowed to substitute as counsel for Mr. Tony Williams.

IT IS SO ORDERED THIS _29th_ DAY OF APRIL, 2005.

Honorable ~~Daniel Breen~~
Judge, United States District Court

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _5-4-05_



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 31 in case 2:05-CR-20071 was distributed by fax, mail, or direct printing on May 4, 2005 to the parties listed.

---

Timothy R. DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

William D. Massey
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

Lorna S. McClusky
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

Bruce I. Griffey
LAW OFFICES OF BRUCE I. GRIFFEY
142 North Third St.
3rd Floor
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT